UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In re:

PAULA A. PONSONBY,                          ORDER DENYING DEBTOR'S MOTION
                                            UNDER 11 U.S.C. § 363(d)(5)
              Debtor.
                                            BKY 13-35788

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

At St. Paul, Minnesota
January 29, 2014.

On January 29, 2014, the court called for hearing on a motion filed by the Debtor in this Chapter 13 case. The motion was styled as one for authority to sell an interest in real estate free and clear of liens; the subject of the motion was an asserted post-foreclosure right of redemption in favor of the Debtor, and several potential claims of statutory judgment lien against the underlying real estate. Erik A. Ahlgren appeared on behalf of the Debtor. The court memorialized a ruling on the record pursuant to Fed. R. Civ. P. 52(a), *as incorporated by* Fed. R. Bankr. P. 9014(c). On the record thus made,

IT IS HEREBY ORDERED that the Debtor's motion is denied.

BY THE COURT:

*/e/ Gregory F. Kishel*

_____

GREGORY F. KISHEL
CHIEF UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/29/2014*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk