**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Paula A. Ponsonby,

      Debtor.

Case No. 13-35788
Chapter 7

---

### ORDER GRANTING MINNESOTA CATHOLIC CREDIT UNION'S
### MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

---

The above entitled matter came before the Court upon the motion of Minnesota Catholic Credit Union, through its attorneys, Eckberg, Lammers, Briggs, Wolff & Vierling, PLLP, seeking relief from the automatic stay pursuant to 11 U.S.C. § 362 with respect to the property located at 3145 31st Avenue South, Minneapolis, MN 55406.

Based upon all of the files, proceedings and Minnesota Catholic Credit Union's motion, the Court finds that notice and opportunity for hearing to the parties in interest was appropriate in the circumstances, that no objections were timely raised against the motion, and the Court being fully advised of the premises,

    IT IS HEREBY ORDERED:

Minnesota Catholic Credit Union's Motion is granted.  The stay imposed by 11 U.S.C. § 362 is hereby lifted with regard to Case No. 13-35788 in the United States Bankruptcy Court for the District of Minnesota related to the real property commonly known as 3145 31st Avenue South, Minneapolis, MN 55406, and legally described as:

> **Lot 19, Block 3, Wonderland Park Addition to Minneapolis, Hennepin County, Minnesota.**

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/09/2014*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk

The stay is lifted for the purpose of allowing Minnesota Catholic Credit Union to pursue its rights in accordance with state law with respect to the Property.

IT IS FURTHER ORDERED that notwithstanding Fed. R. Bankr. P. 4001(a)(3), this Order is effective immediately.

*April 09, 2014*                    BY THE COURT:

*/e/ Gregory F. Kishel*

_____
Gregory F. Kishel
Chief United States Bankruptcy Judge