**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Case No.:  13−35788 − GFK
Chapter:  7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Paula A Ponsonby

22347 Hunter Ridge Circle
Jordan, MN 55352

Social security/Taxpayer ID/Employer
ID/Other Nos.: xxx−xx−8301

## NOTICE TO FILE CLAIMS

Payment of a dividend appears possible in this case. The previous notice stated that no claims may be filed. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 7/25/14 , or, for governmental units, within 180 days from the date of the Order for Relief or 7/25/14 , whichever is later. You can obtain a proof of claim form at any bankruptcy clerk's office, or at www.mnb.uscourts.gov . Claims must be filed with the clerk of bankruptcy court at the address stated below.

Dated: 4/23/14

                        Lori Vosejpka
                        Clerk, U.S. Bankruptcy Court
                        200 Warren E Burger Federal Building and
                        US Courthouse
                        316 N Robert St
                        St Paul, MN 55101

                        BY: kim
                        Deputy Clerk

mnbflclm 12/1/2007