UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:  Paula A. Ponsonby,                                                                Chapter 7
                                                                                 Bky Case No. 13-35788
                    Debtor.

---

### APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY

---

TO:    THE COURT:

1. Applicant is the trustee in this case.

2. Applicant believes that the employment of an attorney is necessary to represent or assist Trustee in carrying out the Trustee's duties as follows: Perform legal services related to avoidance claims and claims of the estate under Minnesota and other applicable law.

3. Best & Flanagan LLP, 225 South Sixth Street, Suite 4000, Minneapolis, Minnesota 55402-4690, are qualified by reason of practice and experience to render such representation or assistance.

4. Proposed compensation and reimbursement of expenses will be normal current rates as follows: $400.00 per hour for Patrick B. Hennessy; rates for partners, associates or paralegals working on the file range from $450.00 to $180.00 per hour.

5. Said professional has disclosed to the undersigned that they have the following connections with the debtor, creditors any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee:  None, except Best & Flanagan LLP ("B&F") has in the past represented Bank of America on matters unrelated to this bankruptcy.  B&F currently represents Best Buy Enterprise Services, Inc. on a matter unrelated to this bankruptcy. B&F currently represents Target Corporation in matters unrelated to this bankruptcy. B&F has in the past and currently represents Wells Fargo Bank on matters unrelated to this bankruptcy. B&F has in the past represented Minnwest Bank on matters unrelated to this bankruptcy. B&F represents other panel trustees in other unrelated matters.

6. The trustee has made the following efforts to recover the asset prior to submitting this application: Trustee needs to do further investigation before a demand can be made.

       WHEREFORE, applicant prays that the court approve such employment by the trustee.

Dated: May 30, 2014.

                                                                    /e/ Patti J. Sullivan
                                                              Patti J. Sullivan, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Paula A. Ponsonby,

Debtor.

Chapter 7 Case

Bky. No. 13-35788

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)**

I, Patrick B. Hennessy, a partner of Best & Flanagan LLP ("B&F"), the professional firm named in the application for employment on behalf of the above-named bankruptcy estate, declare under penalty of perjury the following:

1. B&F does not hold or represent any interest adverse to the estate and is disinterested as required by 11 U.S.C. 327.

2. B&F and I have not agreed to share any compensation received in this matter with any person other than partners of B&F.

3. After a firm wide conflicts check, to the best of my knowledge, information and belief, after inquiry and review, B&F does not have any connection to the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except for as follows: B&F has in the past represented Bank of America on matters unrelated to this bankruptcy. B&F currently represents Best Buy Enterprise Services, Inc. on a matter unrelated to this bankruptcy. B&F currently represents Target Corporation in matters unrelated to this bankruptcy. B&F has in the past and currently represents Wells Fargo Bank on matters unrelated to this bankruptcy. B&F has in the past represented Minnwest Bank on matters unrelated to this bankruptcy. B&F represents other panel trustees in other unrelated matters.

Under penalties of perjury the foregoing is true and correct to the best of my knowledge, information and belief.

Date: May 30, 2014

BEST & FLANAGAN LLP

By /s/ Patrick B. Hennessy
Patrick B. Hennessy
Attorney Registration No. 124412
225 South Sixth Street, Suite 4000
Minneapolis, MN 55402
(612) 339-7121

016632/314004/1856048_1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:  Paula A. Ponsonby,                                                                    Chapter 7
                                                                                   Bky Case No. 13-35788

            Debtor.

## DECLARATION REGARDING ELECTRONIC FILING AND UNSWORN CERTIFICATE OF SERVICE

The undersigned, being an employee of the chapter 7 trustee referenced below, declares that on the date indicated below, I served the following:

Application for Approval of Employment of Attorney, Recommendation and Order

upon each of the entities named below, by mail (unless otherwise indicated below) by mailing to each of them a copy thereof by enclosing same in an envelope with first class postage prepaid, and depositing same in the post office at St. Paul, Minnesota, addressed to each of them as follows:


AND DELIVERED BY E-MAIL NOTIFICATIONS UNDER CM/ECF ON THE DAY E-FILED WITH THE COURT TO EACH ENTITY BELOW:

United States Trustee - ustpregion12.mn.ecf@usdoj.gov
Erik A. Ahlgren - erikahlgren@charter.net

And I declare, under penalty of perjury, that the foregoing is true and correct.


Dated: May 30, 2014.

                                                                   /e/ Patricia A. McCollough
                                                              Patricia A. McCollough
                                                              Legal Assistant to Patti J. Sullivan, Trustee
                                                              1595 Selby Avenue, Suite 205
                                                              St. Paul, MN  55104

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:  Paula A. Ponsonby,                                                    Chapter 7
Bky Case No. 13-35788

Debtor.

## **O R D E R**

The Application dated May 30, 2014 to Employ Patrick B. Hennessy of Best & Flanagan, LLP, as attorney of the estate came before the undersigned. Based on the Application, the Recommendation of the United States Trustee and pursuant to the provisions of Title 11, United States Code, Section 327,

IT IS HEREBY ORDERED the professional employment applied for is hereby approved subject to the limitations on compensation provided by Title 11, United States, Code, §328.

Dated:

Gregory F. Kishel
Chief United States Bankruptcy Judge