UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:  Paula A. Ponsonby,                                                                 Chapter 7
                                                                              Bky Case No. 13-35788

            Debtor.

APPLICATION FOR APPROVAL OF EMPLOYMENT OF AUCTIONEER
RECOMMENDATION AND ORDER

TO:    THE COURT:

1. Applicant is the trustee in this case.

2. Applicant applies for approval of the employment of Fred W. Radde III of Fred W. Radde and Sons, Inc. and Lundeen Auction & Appraisers, Inc. as auctioneers to sell the following property of the estate:

    2009 Sylvan Snapper boat with 25hp motor ID #SYL120592F809
    2009 Mercury Trailer Vin # 4H100201090434477
    1992 Chevrolet pickup Vin #2GCEK19CXN1238372

3. The terms and conditions of compensation and reimbursement of expenses are as follows: fifteen percent (15%) of the sale price plus advertising and pickup charges. The auctioneers will withhold their commission and expenses out of the sale proceeds and remit the net amount to the estate within fourteen (14) days of the completion of the auction. The applicant has confirmed that the auctioneers have the appropriate bonding and insurance coverage as set forth in the auctioneer's verified statement. The auctioneers will take physical possession of the 2009 Sylvan Snapper boat and 25hp motor, 2009 Mercury trailer, and 1992 Chevrolet pickup.

4. Said professionals have disclosed to the undersigned that they have the following connections with the debtor, creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee:  None, except the professionals have performed services for the trustee and other panel Trustees in unrelated matters.

WHEREFORE, Applicants request that the bankruptcy court approve such employment by the trustee.

Dated: June 4, 2014.                                        /e/ Patti J. Sullivan
                                                            Patti J. Sullivan, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:  Paula A. Ponsonby,                                      Chapter 7

                                                                         Bky Case No. 13-35788

       Debtor.

---

## VERIFIED STATEMENT PURSUANT TO RULE 2014(a)

      I, Fred W. Radde III of Fred W. Radde and Sons, Inc., the professional named in the application for employment on behalf of the above named bankruptcy estate, declare under penalty of perjury the following:

1. I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. §327.

2. I do not have any connections to the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee except for the following: None, except the professional has performed services for the trustee and other panel trustees in unrelated matters.

3. I have the appropriate bonding and insurance coverage: Dealer's License No. DLR23730, Type – Auctions, Expires August 31, 2014; Auctioneer's Bond No. 016032980 through International Sureties, Ltd., New Orleans, LA., expires February 1, 2015; Auctioneer's License #10-04 to conduct business as an auctioneer in the State of Minnesota, Expires March 31, 2015.

4. I agree to turn over the auction proceeds and an accounting thereof within fourteen (14) days of the completion of the auction.

Dated: June 4, 2014.                                    Fred W. Radde & Sons, Inc.

                                                                      By: _____
                                                                       Fred W. Radde III
                                                                       PO Box 70, 5545 County Road 33
                                                                       New Germany, MN 55367
                                                                       Phone (952) 353-2291

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:  Paula A. Ponsonby,                                                                                          Chapter 7

Bky Case No. 13-35788

Debtor.

**DECLARATION REGARDING ELECTRONIC FILING AND
UNSWORN CERTIFICATE OF SERVICE**

The undersigned, being an employee of the chapter 7 trustee referenced below, declares that on the date indicated below, I served the following:

Application For Approval of Employment of Auctioneers, Recommendation and Order

upon each of the entities named below, by mail (unless otherwise indicated below) by mailing to each of them a copy thereof by enclosing same in an envelope with first class postage prepaid, and depositing same in the post office at St. Paul, Minnesota, addressed to each of them as follows:

AND DELIVERED BY E-MAIL NOTIFICATIONS UNDER CM/ECF ON THE DAY E-FILED WITH THE COURT TO EACH ENTITY BELOW:

United States Trustee - ustpregion12.mn.ecf@usdoj.gov

Erik A. Ahlgren - erikahlgren@charter.net

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: June 5, 2014.

   /e/ Patricia A. McCollough
Patricia A. McCollough
Legal Assistant to Patti J. Sullivan, Trustee
1595 Selby Avenue, Suite 205
St. Paul, MN  55104
(651) 699-4825

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:   Paula A. Ponsonby,                                                                                          Chapter 7

Bky Case No. 13-35788

Debtor.

---

**O R D E R**

The Application, dated June 4 2014, to Employ Fred W. Radde III of Fred W. Radde & Sons, Inc. and Lundeen Auction & Appraisers, Inc. as auctioneers of the estate, came before the undersigned. Based on the Application, the Recommendation of the United States Trustee and pursuant to the provisions of Title 11, United States Code, Section 327,

IT IS HEREBY ORDERED the professional employment applied for is hereby approved subject to the limitations on compensation provided by Title 11, United States, Code, §328.

Dated:                                                                                    _____
Gregory F. Kishel
Chief United States Bankruptcy Judge