UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In the Matter of:

Paula A. Ponsonby,                                                                Chapter 7
                                                                                                                   Case No. 13-35788

        Debtor.

## NOTICE OF SALE AT AUCTION

To: The United States Trustee, all creditors and other parties in interest.

On July 9, 2014, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will sell property of the estate, by auction:

    2009 Sylvan Snapper boat with 25hp motor ID #SYL120592F809
    2009 Mercury Trailer Vin # 4H100201090434477
    1992 Chevrolet pickup Vin #2GCEK19CXN1238372

On July 9, 2014 at 5:00 p. m. the above said property will be sold to the highest bidder at an auction by Fred W. Radde & Sons, Inc., at 5545 County Road 33, New Germany, Minnesota 55367. Accepted forms of payment are cash, personal check, or Visa/MasterCard. Fred W. Radde & Sons, Inc., may be reached at (952) 353-2291.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The Trustee will schedule the hearing with notice by the Trustee to the objecting party and the United States Trustee.

| Clerk of Bankruptcy Court | United States Trustee | Trustee |
|---|---|---|
| U.S. Bankruptcy Court | 1015 US Courthouse | (see address below) |
| Warren Burger Federal Bldg. | 300 South 4th Street | |
| Suite 200 | Minneapolis, MN  55415 | |
| 316 North Robert Street | | |
| St. Paul, MN 55101 | | |

Dated: June 5, 2014.                                          /e/ Patti J. Sullivan
                                                                        Patti J. Sullivan, Trustee      #170124
                                                                        1595 Selby Avenue, Suite 205
                                                                        St. Paul, MN  55104
                                                                        (651) 699-4825