## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Paula A. Ponsonby,                                    Bky Case No. 13-35788
                                                      Chapter 7

            Debtor.

## NOTICE OF CONTINUED 341 MEETING OF CREDITORS

    Please be advised that the Meeting of Creditors in the above matter has been continued to **June 13, 2014 at 11:30 a.m. in Room 402, United States Courthouse, 316 N. Robert Street, St. Paul  MN  55101.**

    Dated:  June 5, 2014                     _/e/ Erik A. Ahlgren_____
                                             Erik A. Ahlgren
                                             220 W. Washington Ave, Ste 105
                                             Fergus Falls MN  56537
                                             218-998-2775

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Paula A. Ponsonby,  Bky Case No. 13-35788
Chapter 7

Debtor.

---

**UNSWORN CERTIFICATE OF SERVICE**

---

I, Lisa Ahlgren, declare under penalty of perjury that on June 5, 2014 the following entities were served
*NOTICE OF CONTINUED MEETING OF CREDITORS*
electronically via ECF.

- Daniel P Bakken    dbakken@eckberglammers.com
- Gregory A Burrell    cmecfjzkmn@ch13mn.com
- Matthew R. Doherty    mdoherty@brutlaw.com, rtrucke@brutlaw.com;mbrutlag@brutlaw.com
- Michael J Iannacone    mji@iannacone.com, miannacone@ecf.epiqsystems.com;knt@iannacone.com;trustee@iannacone.com
- Patti J. Sullivan    patti@mnmicro.net, mn11@ecfcbis.com
- US Trustee    ustpregion12.mn.ecf@usdoj.gov

and by US Mail:

Paula Ponsonby
22347 Hunter Ridge Circle
Jordan  MN  55352

Executed on: June 5, 2014                     Signed: /e/  Lisa Ahlgren
                                              Lisa Ahlgren
                                              220 W. Washington Ave
                                              Ste. 105
                                              Fergus Falls MN 56537