UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:  Paula A. Ponsonby,      Chapter 7
Bky Case No. 13-35788

Debtor.
_____

## NOTICE OF CONTINUED §341 MEETING OF CREDITORS

TO:   UNITED STATES TRUSTEE and other parties in interest.

PLEASE TAKE NOTICE, that the meeting of creditors for the above-captioned chapter 7 case has been continued to **September 8, 2014, at 11:00 a.m.** at the Warren E. Burger Federal Building, U.S. Courthouse, Room 402, 316 North Robert Street, St. Paul, MN 55101. The debtor appeared at the continued §341 meeting of creditors on June 13, 2014, but the trustee has additional questions and has requested additional information.

Dated this 21st day of July, 2014.

/e/ Patti J. Sullivan
Patti J. Sullivan
Trustee in Bankruptcy
Attorney ID No. 170124
1595 Selby Avenue, Suite 205
St. Paul, MN  55104
(651) 699-4825

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re: Paula A. Ponsonby,                                            Chapter 7
                                                                                                               Bky Case No. 13-35788

Debtor.

**DECLARATION REGARDING ELECTRONIC FILING AND
UNSWORN CERTIFICATE OF SERVICE**

       The undersigned, being an employee of the chapter 7 trustee referenced below, declares that on the date indicated below, I served the following:

Notice of Continued §341 Meeting of Creditors

upon each of the entities named below, by mail (unless otherwise indicated below) by mailing to each of them a copy thereof by enclosing same in an envelope with first class postage prepaid, and depositing same in the post office at St. Paul, Minnesota, addressed to each of them as follows:

Paula A. Ponsonby
22347 Hunter Ridge Circle
Jordan, MN 55352

AND DELIVERED BY E-MAIL NOTIFICATIONS UNDER CM/ECF ON THE DAY E-FILED WITH THE COURT TO EACH ENTITY BELOW:

United States Trustee - ustpregion12.mn.ecf@usdoj.gov

Erik A. Ahlgren - erikahlgren@charter.net

And I declare, under penalty of perjury, that the foregoing is true and correct.


Dated: July 21, 2014.

                                                       /e/ Patricia A. McCollough
                                                  Patricia A. McCollough
                                                  Legal Assistant to Patti J. Sullivan, Trustee
                                                  1595 Selby Avenue, Suite 205
                                                  St. Paul, MN 55104
                                                  (651) 699-4825