UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In the Matter of:

Paula A. Ponsonby,  Chapter 7
Case No. 13-35788

        Debtor.

## TRUSTEE'S REPORT OF SALE AT AUCTION

Pursuant to Fed. R. Bankr. P. 6004(f)(1), Patti J. Sullivan, Trustee, in the above-captioned case reports to the Court that pursuant to the appointment of auctioneer and after due notice to creditors and interested parties, a public auction was held on July 9, 2014. The auction was conducted by Fred W. Radde and Sons, Inc. and Lundeen Auction & Appraisers, Inc.

The estate property sold for the gross amount of $4,800 is as follows:

    2009 Sylvan Snapper boat with 25hp motor ID #SYL120592F809
    2009 Mercury Trailer Vin # 4H100201090434477
    1992 Chevrolet pickup Vin #2GCEK19CXN1238372

A report of items sold by the auctioneer is attached hereto as Exhibit "A" and is incorporated herein by this reference.

Date: July 21, 2014.

                                    /e/ Patti J. Sullivan
                                    Patti J. Sullivan #170124
                                    1595 Selby Avenue, Suite 205
                                    St. Paul, MN  55104
                                    (651) 699-4825
                                    Trustee of the Bankruptcy Estate of
                                    Paula  A. Ponsonby

```
Date: 07-16-2014 14:43:27

Lundeen Auction & Appraisers Inc. / FWR Auction
Cokato / New Germany, MN
Derek Lundeen Fred W. Radde III
(612)280-1725
www.lundeenauction.com

Settlement        Patti Sullivan                                   Page:    1
Seller:    1      Bky 13-35788
                  1595 Selby Avenue Suite 205
                  St. Paul MN   55104

          Item    Description                          Price    Qty       Total
          ----------------------------------------------------------------------
           2      1992 Chevrolet 1/2 ton ext                      1    1,600.00
                  diesel 4x4
           1      2009 Sylvan Super Snapper                       1    3,200.00
                  Boat & 09 Yacht Club
                  Trailer

                                          Items:   2    Amount:       4,800.00

          Commission at 15.000%                         720.00

          Pickup fee                                    300.00

                                          Less adjustments:          -1,020.00
                                                                    -----------
                                          Net due to seller:          3,780.00

          Thank you for your business!
```

Exhibit "A"